(May 16, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LEO MARONEY, Appellant, v ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.